Jungji Choi (SBN 314117)
jjchoi@jjchoilaw.com
Law Offices of Jung Ji Choi
2708 Foothill Blvd., Ste. 1049
La Crescenta, CA 91214
Tel.: (213) 787-7181

*Attorneys for Plaintiff*

Andrew T. Caulfield (SBN 238300)
andrew@caulfieldlawfirm.com
Caulfield Law Firm
1101 Investment Blvd., Ste. 100
El Dorado Hills, CA 95762
Tel: (916) 933-3200

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EOFE ULTRASONICS CO., LTD.,
a Korean corporation,

        Plaintiff,

    v.

SEAFLOOR SYSTEMS, INC.,
a California corporation,

        Defendant.

Case No. 2:26-cv-01695-TLN-CSK

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

Plaintiff EOFE Ultrasonics Co., Ltd. ("**EofE**") and Defendant Seafloor Systems, Inc. ("**Seafloor**") (collectively, "the Parties"), by and through their undersigned counsel, stipulate and respectfully request that the Court stay this action on the terms below.

**RECITALS**

A.     EofE filed this action asserting amounts due for goods and services supplied, alleging a remaining unpaid principal balance of USD 141,445.00.

B.     The parties have reached a settlement. On June 5, 2026, EofE offered settlement terms including a three-month, no-interest payment option with a three-month stay and a stipulated judgment upon default, and on June 8, 2026, Seafloor agreed to the offer to buy its peace and without admitting to liability. The Parties now desire for the Court to stay proceedings but retain jurisdiction in this action while payments are made.

C.     The Parties executed a written settlement agreement governing payment timing and default terms and a stipulated judgment to be entered in the event of any default by Seafloor.

1

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

**STIPULATION**

The Parties agree as follows:

1.     Stay of Proceedings and Deadlines.

All proceedings in this action, including all deadlines, discovery, disclosures, and motion practice, and Seafloor's deadline to respond to the complaint, are stayed for three months from June 11, 2026, until August 21, 2026.

2.     Express Stay and Waiver of Responsive Pleadings.

During the stay and while the settlement remains in effect, Seafloor shall not file, and expressly waives any right or obligation to file, any responsive pleading (including any answer, Rule 12 motion, or other response). This waiver reflects the Parties' agreement that, in the event of any default, EofE may immediately seek entry of the Parties' stipulated judgment under the settlement agreement.  However, if EofE fails to execute a stipulation of dismissal of the action with prejudice after full payment has been made by Seafloor pursuant to the terms of the settlement, Seafloor may move to dismiss the action at that time.

3.     Default and Stipulated Judgment.

If Seafloor defaults under the settlement agreement by failing to pay the total Settlement Amount of USD 141,445.00 by three monthly wire transfers of USD 47,148.33 due on June 12, July 13, and August 12, 2026, respectively, in accordance with the wiring instructions provided in the settlement agreement, and Seafloor fails to cure within 24 hours of notification of default, EofE may immediately file the executed Stipulated Judgment for entry without further notice or hearing except as required by the Court's local rules. Upon default, the entire unpaid principal balance shall be accelerated and immediately due and payable, less any payments actually received and cleared prior to default, including interest at 10% per annum, accruing from October 30, 2025, on all unpaid principal through the date plus any recoverable costs, including attorney's fees associated with entry and enforcement as provided in the settlement agreement; provided that if the three-month plan is timely completed, no interest is owed for any period.

4.     Dismissal After Full Payment.

Within seven [7] court days after EofE confirms receipt of full payment in accordance with

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

the settlement agreement, the Parties shall file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own attorneys' fees and costs.

     5.     Court's Retained Jurisdiction.

The Court shall retain jurisdiction during and after the stay to enforce the settlement agreement and, upon any default by Seafloor as defined therein, to enter the Parties' stipulated judgment.

     6.     Effect of Stay.

During the stay, all deadlines and obligations in this action are suspended.

IT IS SO STIPULATED.

Dated: June 11, 2026          Law Offices of Jung Ji Choi

By: _____
     Jungji Choi
     Attorneys for Plaintiff

Dated: June 11, 2026          Caulfield Law Firm

By: __/s/ Andrew T. Caulfield_____
     Andrew T. Caulfield
     Attorneys for Defendant

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

## ORDER

The Court, having considered the Parties' Stipulation to Stay Proceedings, and good cause appearing, hereby ORDERS:

1.      The Stipulation is APPROVED.

2.      All proceedings in this action, including all deadlines, discovery, disclosures, motion practice, are STAYED until August 21, 2026.

3.      Seafloor shall not file, and has waived any right or obligation to file, any responsive pleading during the stay and while the settlement remains in effect, in light of the Parties' agreement that EofE may seek entry of the joint stipulated judgment in the event of any default under the settlement agreement.  However, if EofE fails to execute a stipulation of dismissal with prejudice after full payment has been made by Seafloor pursuant to the terms of the settlement agreement, Seafloor may move to dismiss the action at that time.

4.      The Court retains jurisdiction to enforce the settlement agreement and, upon any default by Seafloor as defined therein, to enter the Parties' joint stipulated judgment.

5.      Within seven [7] court days after EofE confirms receipt of full payment consistent with the settlement agreement, the Parties shall file a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own fees and costs.

IT IS SO ORDERED.

DATED: June 11, 2026

_____
Troy L. Nunley
Chief United States District Judge

4

**STIPULATION AND ORDER TO STAY PROCEEDINGS**